UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD L. PARKER                                    CIVIL ACTION

VERSUS                                              NO. 12-1942

MICHAEL J. ASTRUE,                                  SECTION "C" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 21 day March, 2013.

UNITED STATES DISTRICT JUDGE